**HC-001**

Name: Devin Kyle Wade

Address: 3430 Cogswell Rd.
El Monte, CA 91732

CDC or ID Number: reg #79459-112, bk# 202433724

**FILED**
CLERK, U.S. DISTRICT COURT
08/18/2024
CENTRAL DISTRICT OF CALIFORNIA
BY:        DVE        DEPUTY

IFP Submitted
RELATED DDJ

Riverside Hall of Justice
4100 Main St, Riverside, CA 92501

*(Court)*

| | |
|---|---|
| Devin Kyle Wade | **PETITION FOR WRIT OF HABEAS CORPUS** |
| Petitioner | |
| vs. | No. ___5:24-cv-01765-MWF-(JPR)___ |
| Central District of California | *(To be supplied by the Clerk of the Court)* |
| Respondent | |

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
*www.courts.ca.gov*

HC-001

**This petition concerns:**

| | | | |
|---|---|---|---|
| [x] | A conviction | [ ] | Parole |
| [x] | A sentence | [x] | Credits |
| [ ] | Jail or prison conditions | [ ] | Prison discipline |
| [ ] | Other *(specify):* _____ | | |

1. Your name: Devin Kyle Wade

2. Where are you incarcerated? Riverside Hall of Justice

3. Why are you in custody?  [x] Criminal conviction     [ ] Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   petty theft, double jeopardy 5th Amendment, charged for the same crime twice.

   _____

   _____

   _____

   b. Penal or other code sections: 18 usc 241, 18 usc 1623(a)(b)(c)(1)(2)(d)(e), 18 usc 1512(d)(1), 18 usc 1513(a)(b)(c)(1)(2)(d)(e) [3

   c. Name and location of sentencing or committing court:

   _____

   _____

   _____

   d. Case number: EV242160024

   e. Date convicted or committed: 08/03/2024

   f. Date sentenced: N/A

   g. Length of sentence: N/A

   h. When do you expect to be released? N/A

   i. Were you represented by counsel in the trial court?  [ ] Yes   [x] No    *If yes, state the attorney's name and address:*

   _____

   _____

   _____

4. What was the LAST plea you entered? *(Check one):*

   [ ] Not guilty   [ ] Guilty   [ ] Nolo contendere   [x] Other: N/A

5. If you pleaded not guilty, what kind of trial did you have?

   [ ] Jury   [ ] Judge without a jury   [ ] Submitted on transcript   [x] Awaiting trial

HC-001

6. GROUNDS FOR RELIEF
**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

crime victim in two cases FWV1503270-1 && FWV1503270-2 of GBI, (2015 FCR) 18 usc 3771(1),
title 18 usc 241, title 18 usc 242 && Obstruction of Justice, ch 53 &/Or 73, 18 usc 1512(d)(1)( 2021 FCR )
18 usc 1513(a)(b)(1)(2)(c)(d)(e)(f)(g)

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

2021 fcr, obstruction of justice if arrested by local or state officials,
&2015 fcr states, cannot be accused of a crime
2021 fcr
conspiracy against rights
deprivation of rights under color of law

b. Supporting documents:
Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duvall* (1995) 9 Cal. 4th 464, 474.)

((see attached))

c. Supporting cases, rules, or other authority *(optional)*:
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

N/A

**PETITION FOR WRIT OF HABEAS CORPUS**

HC-001

7. **Ground 2 or Ground _____** *(if applicable):*

_____
_____
_____
_____
_____
_____
_____

a. Supporting facts:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

b. Supporting documents:

_____
_____
_____
_____
_____
_____
_____

c. Supporting cases, rules, or other authority:

_____
_____
_____
_____
_____
_____
_____
_____

HC-001

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes  ☒ No    If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):
      N/A

   b. Result: N/A          c. Date of decision: n/a

   d. Case number or citation of opinion, if known: n/a

   e. Issues raised: (1) n/a

             (2) _____

             (3) _____

   f. Were you represented by counsel on appeal? ☐ Yes  ☐ No    If yes, state the attorney's name and address, if known:
      _____

9. Did you seek review in the California Supreme Court? ☐ Yes  ☐ No    If yes, give the following information:

   a. Result: _____ b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____

             (2) _____

             (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal (see *In re Dixon* (1953) 41 Cal.2d 756, 759):
none

11. Administrative review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:
none

   b. Did you seek the highest level of administrative review available? ☐ Yes  ☒ No
      *Attach documents that show you have exhausted your administrative remedies. (See People v. Duvall (1995) 9 Cal.4th 464, 474.)*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767–769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)
   ☐ Yes  If yes, continue with number 13.  ☑ No  If no, skip to number 15.

HC-001

13. a. (1) Name of court: n/a

(2) Nature of proceeding (for example, "habeas corpus petition"): n/a

(3) Issues raised: (a) n/a

(b) n/a

(4) Result (attach order or explain why unavailable): n/a

(5) Date of decision: n/a

b. (1) Name of court: n/a

(2) Nature of proceeding: n/a

(3) Issues raised: (a) n/a

(b) n/a

(4) Result *(attach order or explain why unavailable)*: n/a

(5) Date of decision: n/a

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
n/a

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.)
n/a

16. Are you presently represented by counsel? ☐ Yes ☒ No   If yes, state the attorney's name and address, if known:
n/a

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes ☒ No   If yes, explain:
n/a

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
n/a

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 08/18/2024

vin K. Wade
(SIGNATURE OF PETITIONER)

HC-001 [Rev. January 1, 2019]   **PETITION FOR WRIT OF HABEAS CORPUS**   Page 6 of 6

For your protection and privacy, please press the Clear This Form button after you have printed the form.
[Print this form] [Save this form] [Clear this form]

  **Jail Information Management System**

**The data contained in this website should not be relied upon for any type of legal action.**

**Booking Number :202433724**

| | | |
|---|---|---|
| **Name** | WADE, DEVIN KYLE | |
| **Sex** | **Race** | **DOB** |
| M | B | 07/20/1988 |

| **Age** | **Hair** | **Eyes** | **Height** | **Weight** |
|---|---|---|---|---|
| 36 | BLK | BRO | 05'09" | 180 |

| **Arrest Date/Time** | **Arresting Agency** | **Arresting Location** |
|---|---|---|
| 08/03/2024 15:00 | Eastvale PD | LIMONITE AVE, EASTVALE, CA |

| **Booked Date/Time** | **Case No.** | **Bail Amount** |
|---|---|---|
| 08/03/2024 16:20 | EV242160024 | 00005000 |

| **Current Facility** | **Housing Unit** |
|---|---|
| Robert Presley Detention Cente | |

| **Next Court Date/Time** | **Court Name** | **Release Date** |
|---|---|---|
| 10/15/2024 08:00 | Riverside Hall Of Justice | 08/03/2024 |

**Public Visiting Guidelines**

**Additional Court Information**

**[New Search]**

**Charges**

| _Charge_ | _Type_ | _Description_ | _Bail_ | _Disposition_ | _Booking Type_ |
|---|---|---|---|---|---|
| 11364(A) | MISD | POSS UNLAW PARAPHERNALIA | 00005000 | CITE | H&S |
| 11377(A) | MISD | POSS CONTR SUBSTANCE | 00005000 | CITE | H&S |
| 488 | MISD | PETTY TFT | 00005000 | CITE | PC |